UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Noah J. McCourt,<br><br>      Plaintiff,<br><br>v.<br><br>City of Waconia,<br><br>      Defendant. | Case No. 18-cv-2377 (WMW/BRT)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Based upon the Stipulation of Dismissal With Prejudice (Dkt. 13), and all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that the above matter is dismissed with prejudice and with each party bearing its own costs and attorneys' fees in connection with such claims.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: March 15, 2019

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge